[No. 8516–6–I. Division One. March 2, 1981.]

THE CITY OF SEATTLE, *Respondent,* v. PETER TORKAR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–1–00596–3, Robert A. Hannan, J. Pro Tem., entered February 7, 1980. *Affirmed* by unpublished per curiam opinion.

[No. 7837–2–I. Division One. March 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. OTHA CLARENCE BAILEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89274, Stanley C. Soderland, J., entered July 2, 1979. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James, C.J., and Swanson, J.

[No. 7799–6–I. Division One. March 2, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOYCE DORSEY, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88984, Edward E. Henry, J. Pro Tem., entered June 29, 1979. *Dismissed* by unpublished per curiam opinion.